# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:19-CR-11 (CDL) |
| | : | |
| vs. | : | VIOLATIONS: |
| | : | |
| ERIC JOSEY, A.K.A. "BAM", | : | 21 U.S.C. § 841 (a)(1) |
| | : | 21 U.S.C. § 841 (b)(1)(C) |
| Defendant | : | 21 U.S.C. § 841 (b)(1)(D) |

## ORDER ON MOTION FOR CONTINUANCE

Defendant **ERIC JOSEY, A.K.A. "BAM**," has moved the court to continue the pre-trial hearing of his case presently scheduled for May 28, 2019, and to continue the trial of this case until the Court's September 2019 term. The Government does not oppose this motion. Defendant was arraigned April 24, 2019, and is currently in custody. Additional time is needed for pretrial investigation and to enter into plea negotiations between the defendant and government if warranted. The court finds that it is in the interest of justice to allow the parties to complete investigation and to explore possible plea negotiations and that these interests outweigh the interest of Defendant and the public in a speedier trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance (Doc. 15) is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's September 2019 trial calendar. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this **10th day** of **May, 2019**.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE
