**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

UNITED STATES OF AMERICA

        v.                              CRIMINAL NO. 4:19-CR-11-001

**ERIC JOSEY**

## <u>ORDER</u>

Pursuant to 18 U.S.C. § 3621(b) and 18 U.S.C. § 3624, the Court determines that good and sufficient cause has been shown to make the following recommendation to the Bureau of Prisons:

The Court makes a non-binding recommendation to allow Eric Josey to be housed in a residential reentry center (RRC) or to be placed on Home Confinement for up to a 6-month period in accordance with the policies of the Bureau of Prisons.



S/Clay D. Land  10/1/2020

HONORABLE CLAY D. LAND
U.S. DISTRICT JUDGE